**No. 09-9898. Dan Temple, Jr., Petitioner v. Timothy Riley, Warden.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1143, 2010 U.S. LEXIS 5717.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 943, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4405.